UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 01-10451-DPW |
| v. ) | |
| ) | VIOLATIONS: |
| JOHN R. ANTRIM ) | 18 U.S.C. §922(g)(1) DOCKETED |
| ) | Felon In Possession Of |
| ) | Firearm/Ammunition |

INDICTMENT

COUNT ONE:   (Title 18 U.S.C. § 922(g)(1) - Felon In Possession
Of A Firearm And Ammunition)

The Grand Jury charges that:

On or about October 25, 2001, at East Boston, in the District of Massachusetts,
      JOHN R. ANTRIM,

defendant herein, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Taurus .38 caliber revolver, serial number 1378597, loaded with six (6) rounds of .38 caliber ammunition, and nineteen (19) additional rounds of .38 caliber ammunition, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).



A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                    December 12, 2001 @ 12:40 PM

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk